## ST. LOUIS-SAN FRANCISCO RY. CO. v. WRIGHT, Co. Treas. (two cases.)

No. 13809—Opinion Filed Nov. 25, 1924.

Commissioners' Opinion, Division No. 5.

Error from District Court, Adair County; J. H. Jarman, Judge.

Actions between St. Louis-San Francisco Railway Company and W. W. Wright, County Treasurer of Adair County. From judgment the former appeals. Reversed and remanded.

W. F. Evans and Stuart, Sharp & Cruce, for plaintiff in error.

G. O. Grant, Co. Atty., for defendant in error.

Opinion by THOMPSON, C. Upon authority of Ellis v. Outler et al., 25 Okla. 469, 106 Pac. 957, the cause is reversed and remanded for new trial for failure of defendant in error to comply with Rule 7 of this court.

By the Court: It is so ordered.